UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NATALIE J. OKSEN,

          Plaintiff,

          -v-                                    5:25-CV-822 (AJB/MJK)

FORT DRUM MOUNTAIN
COMMUNITY HOMES, LLC *et al.*,

          Defendants.
_____

**APPEARANCES:**                                         **OF COUNSEL:**

NATALIE J. OKSEN
Plaintiff, Pro Se
6557A Pinehurst Drive
Fort Drum, NY 13603

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On June 25, 2025, *pro se* plaintiff Natalie J. Oksen ("plaintiff"), the spouse of a military servicemember, filed this civil action alleging that defendants violated her rights under the Fair Housing Act ("FHA"), the Americans with Disabilities Act ("ADA"), the Servicemembers Civil Relief Act ("SCRA"), and related state law. Dkt. No. 1. Along with her complaint, plaintiff also moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On July 25, 2025, U.S. Magistrate Judge Mitchell J. Katz granted plaintiff's IFP Application and, after an initial review of her pleading, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed in its entirety, with or without partial leave to amend. Dkt. No. 6. In Judge Katz's view, plaintiff's complaint failed to state any claims for relief under the relatively "forgiving" standard that applies on initial review. *See id.*

Plaintiff has lodged objections.[1]  Dkt. No. 7.  Upon *de novo* review, Judge Katz's R&R is accepted and will be adopted to the extent that the R&R recommended that plaintiff's complaint be dismissed with leave to amend.  *See* 28 U.S.C. § 636(b)(1)(C).  Plaintiff is *pro se*, and this appears to be her first attempt at pleading claims against these defendants based on this alleged conduct.  Accordingly, plaintiff will have a thirty-day period in which to submit an amended complaint that cures the deficiencies identified in Judge Katz's R&R.

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 6) is ACCEPTED;

2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED with leave to amend;

3. Plaintiff shall have thirty (30) days in which to file an amended complaint;

4. If plaintiff timely files an amended complaint, the Clerk is directed to REFER the file to Judge Katz for further action as appropriate; and

5. If plaintiff does not timely file an amended complaint, the Clerk is directed to enter a judgment dismissing this action and close the file without further Order of the Court.

The Clerk of the Court is directed to terminate the pending motion and set a deadline accordingly.

**IT IS SO ORDERED.**

Dated: August 27, 2025
Utica, New York.

Anthony J. Brindisi
U.S. District Judge

---

[1] This document is entitled "amended complaint and objection to dismissal," but the Court liberally construes this filing as an objection to the R&R only.  Thus, as a result of this Order, plaintiff will be given a further opportunity to submit an amended complaint that cures the deficiencies identified in Judge Katz's R&R.