**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

Natalie J. Oksen,

Plaintiff,

v. 5:25-CV-822 (AJB/MJK)

Fort Drum Mountain Community Homes, LLC., *et. al.*,

Defendants.

---

Natalie J. Oksen, *Pro Se* Plaintiff

Mitchell J. Katz, U.S. Magistrate Judge

**DECISION and ORDER**

Oksen commenced this action on June 25, 2025, by filing a Complaint. (Dkt. 1). Oksen also filed an application for leave to proceed *in forma pauperis* (*"IFP"*). (Dkt. 2). On July 25, 2025, the Court issued an Order and Report-Recommendation in this action in which I reviewed Oksen's civil rights complaint pursuant to 28 U.S.C. § 1915. (Dkt. 6). Based upon my initial review, and after finding that Oksen met the financial criteria to proceed *in forma pauperis*, I recommended that the Complaint be dismissed *without prejudice and with leave to amend*. (*Id.*). On August 27, 2025, United States District Court Judge Anthony J. Brindisi issued an Order on Report & Recommendation

accepting this Court's Order and Report Recommendation dismissing the Complaint *without prejudice and with leave to amend* and granted Oksen 30 days in which to file an amended complaint. (Dkt. 8).

On January 5, 2026, Oksen filed an Amended Complaint. (Dkt. 17). After reviewing the Amended for its sufficiency under 28 U.S.C. § 1915, this Court issued a Report-Recommendation on January 21, 2026 recommending that the District Court: (a) dismiss Oksen's FHA §3604(f) claim *with prejudice and without leave to amend*; (b) dismiss Oksen's FHA §3614 claim *without prejudice and with leave to amend*; and (c) decline to exercise supplemental jurisdiction over Oksen's state court claims. (Dkt. 18). On March 2, 2026, Oksen filed objections to the January 21, 2026 Report-Recommendation. (Dkt. 23). On March 13, 2026, United States District Court Judge Anthony J. Brindisi issued an Order on Report & Recommendation accepting this Court's January 21, 2026 Report-Recommendation. (Dkt. 24).

On June 19, 2026, Oksen filed a Second Amended Complaint. (Dkt. 30). After reviewing the sufficiency of the Second Amended Complaint under 28 U.S.C. § 1915, this Court issued a Report-Recommendation on July 17, 2026 recommending that that the District

Court allow Oksen's Second Amended Complaint (Dkt. 30) to proceed and that a response be required. (Dkt. 31). On August 10, 2024, United States District Court Judge Anthony J. Brindisi issued an Order on Report Recommendation accepting this Court's July 17, 2026 Report-Recommendation. (Dkt. 32).

**WHEREFORE**, based on the findings above it is

**ORDERED** that the Clerk shall issue summonses and a General Order #25 packet and forward them, along with a copy of the Second Amended Complaint (Dkt. 30), a copy of this Decision and Order, and the August 10, 2026, Order on Report & Recommendation (Dkt. 32) to the United States Marshal for service upon all Defendants; and it is further

**ORDERED** that a response to Oksen's Second Amended Complaint be filed by all Defendants as provided for in the Federal Rules of Civil Procedure; and it is further

**ORDERED** that all pleadings, motions, and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367; and it is further

**ORDERED** that **any paper sent by a party to the Court or the Clerk must be accompanied by a certificate showing that a true and correct copy of same was served on all opposing parties or their counsel. Any document received by the Clerk or the Court which does not include a proper certificate of service will be stricken from the docket**; and it is further

**ORDERED**, that Oksen must comply with all requests by the Clerk's Office for any documents that are necessary to maintain this action. All parties must comply with the Local Rules of the Northern District of New York in filing motions; and it is further

**ORDERED**, that **Oksen is also required to promptly notify the Clerk's Office and all parties or their counsel, in writing, of any change in her address; her failure to do so may result in the dismissal of this action**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Decision and Order on Oksen.

Dated: August 14, 2026.

Mitchell J Katz
Digitally signed by Mitchell J Katz
Date: 2026.08.14 16:42:46 -04'00'

Hon. Mitchell J. Katz
U.S. Magistrate Judge